Cite as 2020 Ark. 406

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CRIMINAL PRACTICE | **Opinion Delivered** December 3, 2020 |

## PER CURIAM

Keith L. Chrestman, Esq., of Jonesboro, Michael Kiel Kaiser, Esq., of Little Rock, and Michael S. Robbins, Esq., of Dover are appointed to the Committee on Criminal Practice for three-year terms to expire on January 31, 2023. The court thanks these attorneys for their willingness to serve on this important committee.

The court extends its gratitude to Sam Pasthing, Casey Castleberry and Brent Standridge, whose terms have expired, for their service to the committee.